UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERALD COLE

    v.                                      CA 13-660 ML

MARIYA DEMINA, et al.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan (Docket #3). No objection has been filed by Plaintiff, and the time for doing so has passed. Accordingly, this Court adopts the Report and Recommendation in its entirety. The Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October 17, 2013